IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                           No. 13 CR 64 MCA

THOMAS JONES and
TERRENCE CONNORS,

       Defendant.

## WITNESSES LIST

The United States submits the following as its witness list for the hearing on the Motions to Suppress Evidence , with the right to supplement the list:

1. Region II Narcotics Task Force Officer Devin Verhulst

2. Homeland Security Investigations Special Agent Chris Martin

3. Homeland Security Investigations Special Agent Abbey Kepf

4. Homeland Security Investigations Special Agent Christine Brital

5. Homeland Security Investigations Special Agent J.D. Dennis

                                              Respectfully submitted,

                                              STEVEN C. YARBROUGH
                                              Acting United States Attorney

                                              *Electronically filed*

                                              NORMAN CAIRNS
                                              Assistant U.S. Attorney
                                              201 Third St. NW, Suite 900

Albuquerque, NM 87102  
(505) 346-7296  
(505) 246-7296 fax

I hereby certify that a copy of this
motion was delivered via CM/ECF
to counsel for defendant.

*filed electronically*

NORMAN CAIRNS
Assistant U. S. Attorney