IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                              No. 13 CR 64 MCA

THOMAS JONES and
TERRENCE CONNORS,

      Defendant.

## EXHIBIT LIST

The United States submits the following as its exhibit list for the hearing on the Motions to Suppress Evidence , with the right to supplement the list:

1. Photo of Meth Pipe in Vehicle

2. Connors's Advice of Rights

3. Connors's Consent to Search

4. Jones's Advice of Rights

5. CD of Audio Recodings

    5A. Recording of Telephone Conversation

    5B. Recording of Controlled Buy

6. Photo of Conners with Gateway

                                            Respectfully submitted,

                                            STEVEN C. YARBROUGH
                                            United States Attorney

*Electronically filed*

NORMAN CAIRNS
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7296
(505) 246-7296 fax

I hereby certify that a copy of this motion was delivered via CM/ECF to counsel for defendant.

*filed electronically*

NORMAN CAIRNS
Assistant U. S. Attorney