FILED
At Albuquerque NM

NOV 03 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 13-64 MCA |
| | ) | |
| vs. | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): |
| | ) | Possession with Intent to Distribute a |
| **THOMAS JONES,** | ) | Mixture and Substance Containing |
| | ) | Methamphetamine. |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

On or about December 12, 2012, in McKinley County, in the District of New Mexico, the defendant, **THOMAS JONES**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

DAMON P. MARTINEZ
United States Attorney

NORMAN CAIRNS
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico  87102
(505) 346-7274